1030

No. 04–7113. GRUBER v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 04–7126. REED v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 04–7132. JIMENEZ-BORJA v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 04–7141. RICE v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 04–7145. CIARAVELLA v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 04–7149. LAWRENCE v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 04–7153. EDMONDS v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 04–7157. PULIDO-PEDROSA, AKA ARROLLO-NARANJO v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 04–7159. DOMINGUEZ v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 04–7164. ADEOSHUN v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 04–6470. ERICKSON v. SUNBEAM CORP. C. A. 2d Cir. Certiorari denied. JUSTICE BREYER took no part in the consideration or decision of this petition.

No. 04–6633. COLIDA v. MOTOROLA, INC. C. A. 7th Cir. Certiorari denied. JUSTICE SCALIA took no part in the consideration or decision of this petition.

No. 03–10098. HAWTHORNE v. CAIN, WARDEN, ante, p. 825;
No. 03–10131. HOFFMAN v. JONES, WARDEN, ante, p. 825;
No. 03–10192. GREEN v. JOHNSON, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS, ante, p. 827;
No. 03–10285. REED v. WOODFORD, DIRECTOR, CALIFORNIA DEPARTMENT OF CORRECTIONS, ante, p. 829;

No. 03–10301. JOHNSON *v.* WARD, DIRECTOR, OKLAHOMA DEPARTMENT OF CORRECTIONS, *ante,* p. 830;

No. 03–10360. AUTREY *v.* PARSON, *ante,* p. 831;

No. 03–10806. CURRIE *v.* BLANKS, WARDEN, *ante,* p. 852;

No. 03–10870. LYNN *v.* ALLEN ET AL., *ante,* p. 855;

No. 03–10882. PEREA *v.* BUSH, PRESIDENT OF THE UNITED STATES, *ante,* p. 855;

No. 03–10939. ROMER *v.* CALIFORNIA ET AL. (two judgments), *ante,* p. 859;

No. 03–10954. KRONCKE *v.* TRUILLO, WARDEN, ET AL., *ante,* p. 860;

No. 03–10980. MUEHLBERG *v.* ROPER, SUPERINTENDENT, POTOSI CORRECTIONAL CENTER, ET AL., *ante,* p. 861;

No. 03–11013. ROMER *v.* YUBA COUNTY, CALIFORNIA, ET AL., *ante,* p. 863;

No. 04–5021. ALLEN *v.* MITCHELL, WARDEN, *ante,* p. 878;

No. 04–5057. HALE *v.* DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION, *ante,* p. 880;

No. 04–5237. UGOCHUKWU *v.* UNITED STATES, *ante,* p. 889;

No. 04–5325. MCCREARY *v.* JEFFERSON SMURFIT CORP., *ante,* p. 893;

No. 04–5380. WYNTER *v.* BURGE, SUPERINTENDENT, AUBURN CORRECTIONAL FACILITY, *ante,* p. 896;

No. 04–5402. CURRIE *v.* BLANKS, WARDEN, *ante,* p. 897;

No. 04–5427. DEAN *v.* DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION, *ante,* p. 899;

No. 04–5554. THOMPSON *v.* NEBRASKA DEPARTMENT OF CORRECTIONAL SERVICES ET AL., *ante,* p. 906;

No. 04–5580. CALHOUN, AKA MARTIN *v.* UNITED STATES, *ante,* p. 906;

No. 04–5587. BARNES *v.* CAIN, WARDEN, *ante,* p. 929;

No. 04–5605. BOYCE *v.* SCHRIRO, DIRECTOR, ARIZONA DEPARTMENT OF CORRECTIONS, ET AL., *ante,* p. 907;

No. 04–5729. BEDARD *v.* IOWA, *ante,* p. 932;

No. 04–5780. GRAHAM *v.* WEBBER ET AL., *ante,* p. 911;

No. 04–5800. JACKSON *v.* COMMISSIONER OF INTERNAL REVENUE, *ante,* p. 911;

No. 04–5902. IN RE OLSON, *ante,* p. 807;

1032

No. 04–5912.  JONES v. CITY OF ST. LOUIS, MISSOURI, *ante,* p. 946;

No. 04–6132.  NOEM VETA v. DUPNIK, *ante,* p. 948;

No. 04–6243.  GARDNER v. PRINCIPI, SECRETARY OF VETERANS AFFAIRS, *ante,* p. 948; and

No. 04–6278.  WILLIAMS v. UNITED STATES, *ante,* p. 939.  Petitions for rehearing denied.

No. 03–9994.  CORRADINI v. CORRADINI, 542 U. S. 941.  Motion for leave to file petition for rehearing denied.

### DECEMBER 10, 2004

No. 04A469.  ASHCROFT, ATTORNEY GENERAL v. O CENTRO ESPÍRITA BENEFICENTE UNIAO DO VEGETAL ET AL.  C. A. 10th Cir.  Application for stay of injunction or, in the alternative, to recall and stay the mandate, presented to JUSTICE BREYER, and by him referred to the Court, denied.  The temporary stay entered December 1, 2004, is vacated.

No. 04–340.  SAN REMO HOTEL, L. P., ET AL. v. CITY AND COUNTY OF SAN FRANCISCO, CALIFORNIA, ET AL.  C. A. 9th Cir.  Certiorari granted limited to Question 1 presented by the petition.

No. 04–480.  METRO-GOLDWYN-MAYER STUDIOS INC. ET AL. v. GROKSTER, LTD., ET AL.  C. A. 9th Cir.  Certiorari granted.

No. 04–495.  WILKINSON, DIRECTOR, OHIO DEPARTMENT OF REHABILITATION AND CORRECTION, ET AL. v. AUSTIN ET AL.  C. A. 6th Cir.  Certiorari granted.

No. 04–5928.  MEDELLIN v. DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION.  C. A. 5th Cir.  Motion of petitioner for leave to proceed *in forma pauperis* granted.  Certiorari granted.